```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiffs
 5
 6
 7
 8                   UNITED STATES DISTRICT COURT
 9                  NORTHERN DISTRICT OF CALIFORNIA
10
11
    BOARD OF TRUSTEES OF THE SHEET METAL)  NO.  C 08 4954 MPH
12  WORKERS, et al.,                     )
                                         )  ORDER TO CONTINUE CASE
13                     Plaintiffs,       )  MANAGEMENT CONFERENCE
                                         )
14          vs.                          )
                                         )
15  STALEY'S HEATING & SHEETMETAL INC., )
    a California corporation             )
16                                       )
                                         )
17                                       )
                       Defendant.        )
18  _____)
19          IT IS ORDERED that the Case Management Conference in this
20  case set for February 9, 2009 be continued to June 8, 2009 at 2:30 [4:00]
21  p.m. in Courtroom 15, 18th Floor, San Francisco, CA.
22  Dated: 2/4/2009 _____          _____
                                        Honorable Marilyn H. Patel
23
```

**IT IS SO ORDERED**
*Judge Marilyn H. Patel*

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE